UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 20 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AL OTRO LADO, a California corporation; et al., | No. 20-56287 |
| Plaintiffs-Appellees, | D.C. No. 3:17-cv-02366-BAS-KSC Southern District of California, San Diego |
| v. | |
| CHAD F. WOLF, Acting Secretary, US Department of Homeland Security; et al., | ORDER |
| Defendants-Appellants, | |
| and | |
| EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, | |
| Appellant. | |

Before: OWENS, FRIEDLAND, and R. NELSON, Circuit Judges.

The unopposed motion of Plaintiffs-Appellees to dismiss this appeal as moot is **GRANTED.** Fed. R. App. P. 42(b). The appeal is dismissed without prejudice to Appellants' raising the same issues in an appropriate subsequent appeal. The parties shall bear their own costs on appeal. This order constitutes the mandate of this court.